UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Patricia Grassick

   v.                                Civil No. 09-cv-587-PB

Eric H. Holder, Jr., et al.


Patricia Grassick

   v.                                Civil No. 11-cv-328-SM

Eric H. Holder, Jr., et al.


## O R D E R

The above-captioned cases have been filed by plaintiff against two overlapping sets of defendants, and both actions assert similar claims of employment discrimination and retaliation arising out of the same underlying employment relationship. In a Report and Recommendation issued on this date in Case No. 11-cv-328-SM ("Grassick II"), the undersigned magistrate judge recommended dismissal of certain claims, and in a separate order issued on this date, the court directed that the First Amended and Verified Complaint in Grassick II be served upon the United States Department of Justice.

If the Report and Recommendation is accepted in Grassick II, the defendants remaining in both action shall be the same, the causes of action will be similar, and the remaining claims

in both actions will be restricted to allegations of employment discrimination and retaliation arising out of the same employment relationship. If the report and recommendation is not accepted, both cases would still properly be consolidated, as they include claims arising from the same set of operative facts, asserted by the same plaintiff against a similar set of defendants. See Fed. R. Civ. P. 42(a)(2) (if actions before court involve common questions of law or fact, court may consolidate actions).

Accordingly, this court directs that, unless any party files an objection within 14 days showing good cause for avoiding consolidation, this court will issue a final order consolidating Grassick I and Grassick II for all purposes, and directing that pending matters in the related case be redocketed in the consolidated case. The clerk is directed to docket this order, and any response thereto, in both of the above-captioned cases.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

May 1, 2012

cc: Patricia Grassick, pro se
 Artemis Lekakis, Esq.

LM:nmd